No. 81–5407. MULLIGAN v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County; and

No. 81–5483. WOODARD v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. Reported below: No. 81–5483, 273 Ark. 235, 617 S. W. 2d 861.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the

Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428
U. S. 153, 227, 231 (1976), we would grant certiorari and va-
cate the death sentences in these cases.